ELLEN REILLY, an Infant, by LAWRENCE REILLY, Her Guardian ad Litem, Appellant, v. GEORGE N. KANENBLEY, Respondent.

First Department, July 14, 1922.

(See head note in Reilly v. Kanenbley, ante, p. 183.)

APPEAL by the plaintiff, Ellen Reilly, from a judgment of the Supreme Court in favor of the defendant, entered in the office of the clerk of the county of Bronx on the 10th day of February, 1921, upon the dismissal of the complaint after a verdict for $1,000 in favor of the plaintiff had been set aside.

G. Everett Hunt of counsel, for the appellant.

Benjamin C. Loder [H. H. Brown of counsel], for the respondent.

DOWLING, J.:

For the reasons given in the opinion in the accompanying case of Reilly v. Kanenbley (202 App. Div. 183), the judgment and order appealed from should be reversed, with costs to appellant, and the verdict reinstated and judgment directed thereupon.

Present — CLARKE, P. J., LAUGHLIN, DOWLING, SMITH and GREENBAUM, JJ.

Judgment reversed, with costs, and verdict reinstated and judgment ordered to be entered thereon.